# CERTIFICATE OF SERVICE

**ORANGE COUNTY SHERIFF'S OFFICE**
CARL E. DUBOIS, SHERIFF
110 WELLS FARM ROAD
GOSHEN, NEW YORK 10924-6740
CIVIL UNIT
TELEPHONE (845) 291-2933    FAX (845) 291-7603

---

STATE OF NEW YORK
UNITED STATES DISTRICT COURT COURT          COUNTY OF Orange County

Docket No.:   08000112
Index No:     08 CIV 0086

John J Byrnes, Jr, Plaintiff

-against-

Steven Brescia, Defendant(s)

I, Michael Price certify that on 1/8/2008, at approximately 1:38PM, at:

@ Rowley Lumber
3 Railroad Avenue
Montgomery, NY 12549

service of the within SUMMONS AND COMPLAINT, Individual Practices of Judge Stephen C. Robinson, USDC/SDNY Instructions for filing an Electronic case or Appeal, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing was made upon:

Steven Brescia

PERSONAL SERVICE – by delivering to and leaving with Steven Brescia personally a true copy thereof, said person being known to me as the person mentioned and described herein.

I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a no reply. The person served is described as: skin color - WHITE, sex - Male, hair color - BROWN, height - 5'10", weight - 195, age - 45.

The following attempts at personal service were made:
This is the first attempt at service

By: _____    Dated: 01/10/08
Deputy Michael W Price //3

FORM CPF-03C rev. 12/13/06