# CERTIFICATE OF SERVICE

**ORANGE COUNTY SHERIFF'S OFFICE**
CARL E. DUBOIS, SHERIFF
110 WELLS FARM ROAD
GOSHEN, NEW YORK 10924-6740
CIVIL UNIT
TELEPHONE (845) 291-2933    FAX (845) 291-7603

---

STATE OF NEW YORK
UNITED STATES DISTRICT COURT COURT          COUNTY OF Orange County

Docket No.:   08000114
Index No:     08 CIV 0086

John J Byrnes, Jr, Plaintiff

-against-

Linda Cantiello, Defendant(s)

I, Mark Washburn certify that on 1/8/2008, at approximately 7:53PM, at:

      208 Oriole Drive
      Montgomery, NY 12549

service of the within SUMMONS AND COMPLAINT, Individual Practices of Judge Stephen C. Robinson, USDC/SDNY Instructions for filing an Electronic case or Appeal, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing was made upon:

      Linda Cantiello

PERSONAL SERVICE – by delivering to and leaving with Linda Cantiello personally a true copy thereof, said person being known to me as the person mentioned and described herein.

I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a no reply. The person served is described as: skin color - WHITE, sex - Female, hair color - BROWN, height - 5'07", weight - 175, age - 55.

The following attempts at personal service were made:
Date: 1/8/2008 Time: 1:55 pm 208 Oriole Drive Montgomery, NY 12549
Date: 1/8/2008 Time: 1:55 pm 208 Oriole Drive Montgomery, NY 12549

By: _____[signature]_____          Dated: 1-9-08

*FORM CPF-03C rev. 12/13/06*