**CERTIFICATE OF SERVICE**

**ORANGE COUNTY SHERIFF'S OFFICE**
CARL E. DUBOIS, SHERIFF
110 WELLS FARM ROAD
GOSHEN, NEW YORK 10924-6740
CIVIL UNIT
TELEPHONE (845) 291-2933     FAX (845) 291-7603

---

STATE OF NEW YORK
UNITED STATES DISTRICT COURT COURT              COUNTY OF Orange County

Docket No.:    08000115
Index No:      08 CIV 0086

John J Byrnes, Jr, Plaintiff

       -against-

Robert "Rabbit" Kiernan, Defendant(s)

I, Mark Washburn certify that on 1/8/2008, at approximately 7:32PM, at:

    198 Pleasant Avenue
    Montgomery, NY 12549

service of the within SUMMONS AND COMPLAINT, Individual Practices of Judge Stephen C. Robinson, USDC/SDNY Instructions for filing an Electronic case or Appeal, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing was made upon:

    Robert "Rabbit" Kiernan

PERSONAL SERVICE – by delivering to and leaving with Robert "Rabbit" Kiernan personally a true copy thereof, said person being known to me as the person mentioned and described herein.

I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a no reply. The person served is described as: skin color - WHITE, sex - Male, hair color - BLONDE, height - 5'10", weight - 340, age - 61.

The following attempts at personal service were made:
Date: 1/8/2008 Time: 2:12 pm 198 Pleasant Avenue Montgomery, NY 12549
Date: 1/8/2008 Time: 2:12 pm 198 Pleasant Avenue Montgomery, NY 12549

By: _____     Dated: 1-9-08

FORM CPF-03C rev. 12/13/06