**CERTIFICATE OF SERVICE**

**ORANGE COUNTY SHERIFF'S OFFICE**
CARL E. DUBOIS, SHERIFF
110 WELLS FARM ROAD
GOSHEN, NEW YORK 10924-6740
CIVIL UNIT
TELEPHONE (845) 291-2933      FAX (845) 291-7603

---

STATE OF NEW YORK
UNITED STATES DISTRICT COURT COURT          COUNTY OF Orange County

Docket No.:    08000117
Index No:      08 CIV 0086

John J Byrnes, Jr, Plaintiff

                     -against-

Joann Scheels, Defendant(s)

I, Mark Washburn certify that on 1/8/2008, at approximately  9:16PM, at:

              Marron's  Court
              House Back Left
              Montgomery, NY 12549

service of the within SUMMONS AND COMPLAINT, Individual Practices of Judge Stephen C. Robinson, USDC/SDNY Instructions for filing an Electronic case or Appeal, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing was made upon:

              Joann Scheels

PERSONAL SERVICE – by delivering to and leaving with Joann Scheels personally a true copy thereof, said person being known to me as the person mentioned and described herein.

I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a no reply.  The person served is described as: skin color - WHITE, sex - Female, hair color - RED, height - 5'07", weight - 190, age - 60.

The following attempts at personal service were made:
This is the first attempt at service

By: _____          Dated: _____1·9·08_____

*FORM CPF-03C rev. 12/13/06*