**CERTIFICATE OF SERVICE**

**ORANGE COUNTY SHERIFF'S OFFICE**
CARL E. DUBOIS, SHERIFF
110 WELLS FARM ROAD
GOSHEN, NEW YORK 10924-6740
CIVIL UNIT
TELEPHONE (845) 291-2933     FAX (845) 291-7603

---

STATE OF NEW YORK
UNITED STATES DISTRICT COURT COURT          COUNTY OF Orange County

Docket No.:   08000119
Index No:     08 CIV 0086

John J Byrnes, Jr, Plaintiff

       -against-

The Village of Montgomery, Defendant(s)

I, Michael Price certify that on 1/8/2008, at approximately 1:45PM, at:

      133 Clinton Street
      Montgomery, NY 12549

service of the within SUMMONS AND COMPLAINT, Individual Practices of Judge Stephen C. Robinson, USDC/SDNY Instructions for filing an Electronic case or Appeal, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing was made upon:

      The Village of Montgomery

CORPORATE SERVICE - a domestic corporation, by delivering thereat a true copy of each to Linda Thompson personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be Village Clerk thereof.

WHITE Female BLONDE Hair 125 lbs. 5' 02" age 59

The following attempts at personal service were made:
This is the first attempt at service

By: _Deputy Michael Price /13_          Dated: _1/10/08_

*FORM CPF-03C rev. 12/13/06*