UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

JOHN J. BYRNES, JR.,

                    Plaintiff,

- against -

STEVEN BRESCIA, Mayor of the Village of Montgomery, and
LINDA CANTIELLO, ROBERT "RABBIT" KIERNAN,
DARLENE ANDOLSEK, and JOANN SCHEELS, Constituting
the Trustees of the Village Board of the Village of Montgomery,
Lt. JERRY LOMANGINO of the Village of Montgomery Police
Department, and THE VILLAGE OF MONTGOMERY,

                    Defendants.
------------------------------------------------------------------------X

08 CIV 0086 (SCR)

**NOTICE TO TAKE
DEPOSITION UPON
<u>ORAL EXAMINATION</u>**

      **PLEASE TAKE NOTICE** that pursuant to Federal Rules of the Civil Procedure Rule 30 (a) (1), the testimony, upon oral examination of **ALL PARTIES** as adverse parties will be taken before a disinterested Notary Public who is not an attorney or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein as follows:

**Date and Time:**    April 30, 2008 at 10:00 a.m.

**Location:**    **United States District Court, Southern District of New York**

with respect to evidence material and necessary in the prosecution-defense of this action.

That said person(s) to be examined are required at such examination to produce the following:

    1.    Any and all exhibits, papers and/or documents relative to this claim.

    2.    All medical bills, sign in sheets and receipts of payments relating to damages claimed.

    3.    Any contract, leases or documents relied upon with respect to this claim.

DATED:    Elmsford, New York
               February 15, 2008

MIRANDA SOKOLOFF, SAMBURSKY
SLONE VERVENIOTIS, LLP

_____
RICHARD S. SKLARIN (RSS-1017)
Attorneys for Defendants
STEVEN BRESCIA, Mayor of the Village of Montgomery, and LINDA CANTIELLO, ROBERT "RABBIT" KIERNAN, DARLENE ANDOLSEK, and JOANN SCHEELS, Constituting the Trustees of the Village Board of the Village of Montgomery, Lt. JERRY LOMANGINO of the Village of Montgomery Police Department, and THE VILLAGE OF MONTGOMERY
570 Taxter Road – Suite 561
Elmsford, New York 10523
(914) 345-6510
Our File No.: 08-032

TO:

EDWARD J. CARROLL, ESQ.
Attorney for Plaintiff
2733 Route 209
Kingston, New York 12401
(845) 338-5977