UNITED STATE DISCTICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JOHN J. BYRNES, JR.,

                Plaintiff,

- against -

STEVEN BRESCIA, Mayor of the Village of Montgomery, and LINDA CANTIELLO, ROBERT "RABBIT" KIERNAN, DARLENE ANDOLSEK, and JOANN SCHEELS, Constituting the Trustees of the Village Board of the Village of Montgomery, Lt. JERRY LOMANGINO of the Village of Montgomery Police Department, and THE VILLAGE OF MONTGOMERY,

                Defendants.
----------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Index No.: 08 CV 0086

PLEASE TAKE NOTICE, that the defendants, STEVEN BRESCIA, Mayor of the Village of Montgomery, and LINDA CANTIELLO, ROBERT "RABBIT" KIERNAN, DARLENE ANDOLSEK, and JOANN SCHEELS, Constituting the Trustees of the Village Board of the Village of Montgomery, Lt. JERRY LOMANGINO of the Village of Montgomery Police Department, and THE VILLAGE OF MONTGOMERY, hereby appear in the above-entitled action, and that the undersigned have been retained as attorneys for said defendants.

Dated: Elmsford, New York
       February 1, 2008

                                            Michael V. Longo
                                            MIRANDA SOKOLOFF SAMBURSKY
                                            SLONE VERVENIOTIS, LLP
                                            Attorneys for Defendants
                                            STEVEN BRESCIA, Mayor of the Village of Montgomery, and LINDA CANTIELLO, ROBERT "RABBIT" KIERNAN, DARLENE ANDOLSEK, and JOANN SCHEELS, Constituting the Trustees of the

Village Board of the Village of
Montgomery, Lt. JERRY LOMANGINO of
the Village of Montgomery Police
Department, and THE VILLAGE OF
MONTGOMERY
570 Taxter Road, Suite 561
Elmsford, NY 10523
(914) 345-6510
File No.: 08-032

To: Edward J. Carroll, Esq.
Attorney for Plaintiff
2733 Route 209
Kingston, New York 12401
(845) 338-5977

UNITED STATE DISCTICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOHN J. BYRNES, JR.,

                                    Plaintiff,                  **AFFIDAVIT OF SERVICE**

- against -                                            Index No.: 08 CV 0086

STEVEN BRESCIA, Mayor of the Village of Montgomery, and LINDA CANTIELLO, ROBERT "RABBIT" KIERNAN, DARLENE ANDOLSEK, and JOANN SCHEELS, Constituting the Trustees of the Village Board of the Village of Montgomery, Lt. JERRY LOMANGINO of the Village of Montgomery Police Department, and THE VILLAGE OF MONTGOMERY,

                                    Defendants
-------------------------------------------------------------------X
STATE OF NEW YORK    )
                            )ss.:
COUNTY OF WESTCHESTER )

      **ANDREA BATTS**, being duly sworn, deposes and says that she is over the age of 18 years, that she is not a party to the above-entitled action, and that on February 5, 2008 she served the within NOTICE OF APPEARANCE upon the following attorney(s), in the following place(s) and in the following manner:

Edward J. Carroll, Esq.
Attorney for Plaintiff
2733 Route 209
Kingston, New York 12401

the attorneys for the respective party(ies) in this action, at the above address(es) designated by said attorney(s) for that purpose by depositing the papers, enclosed in a properly addressed wrapper into the custody of an overnight delivery service for overnight delivery, prior to the latest time designated by the overnight delivery service for overnight delivery, addressed to the above address(es).

                                                                   _Andrea Batts_
                                                                **ANDREA BATTS**

Sworn to before me
February 5, 2008

_____
NOTARY PUBLIC

                              Richard S. Sklarin
                        Notary Public, State of New York
                            No. 02SK5054676
                      Qualified in Westchester County
                  Commission Expires January 22, 20__